GARY M. RESTAINO
United States Attorney
District of Arizona
MATTHEW C. CASSELL
Assistant U.S. Attorney
Colorado State Bar No. 38157
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: matthew.cassell@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Nikolas Robert Molina,<br><br>Defendant. | CR-24-1979-TUC-SHR-MSA<br><br>SENTENCING MEMORANDUM |

Now comes the United States of America, by and through its attorneys undersigned, and submits the following regarding the above-captioned defendant's sentencing:

1.      This matter is set for sentencing on November 4, 2024.

2.      In late October 2022, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Special Agent (SA) Matthew Manoogian was sick with COVID and looking on ATF E-Trace while at home. SA Manoogian found recent multiple firearms purchases by the defendant, Nikolas Robert Molina, so ATF opened an investigation into the defendant. When the defendant made a purchase of two firearms at Roe Armory in Glendale, SA Manoogian saw three other men with him – all three of those men have been charged with firearms-related crimes. In all, the defendant made nine trips to various Arizona-based Federal Firearms Licensees (FFLs) to straw purchase 12 firearms in Arizona.

3.      ATF agents interviewed the defendant on November 29, 2022. At the time of the interview, the defendant was not in possession of any firearms he previously acquired from the FFLs. The defendant admitted he was straw purchasing the firearms and also that

he sold all the firearms he purchased (for about a $200 profit per firearm) and initially lied about whether he was accompanied by anyone. After SA Manoogian confronted him with what he knew about who was also present at the Roe Armory purchase, the defendant admitted he was with the other three men. During the period of time between September 3 – November 17, 2022, the defendant did not have a license to engage in the business of dealing firearms, as required by federal law. The defendant sold all 12 firearms after purchasing them between the first purchase and his interview on November 29, 2022. None of the firearms that the defendant straw purchased have been recovered (in Mexico or otherwise).

4.     On April 17, 2024, a Tucson federal grand jury indicted the defendant on ten counts, including nine counts of straw purchasing and one count of dealing firearms without a license. On August 8, 2024, the defendant pled guilty to the dealing count pursuant to a written plea agreement.

5.     The government has reviewed the probation department's presentence investigation report (PSR). The government agrees with the probation department that the defendant's guideline sentencing range is 15-21 months, based on a total offense level 13 and criminal history category II. The plea agreement calls for a sentencing range of a period of time served to 15 months of incarceration. The probation department recommends nine months of incarceration.

6.     18 U.S.C. § 3553(a)(1) states that when imposing a sentence, a court shall consider "the nature and circumstances of the offense and the history and characteristics of the defendant."  The sentence imposed shall reflect the seriousness of the offense, provide just punishment, afford adequate deterrence to further criminal conduct, and protect the public from further crimes of the defendant.  18 U.S.C. § 3553(a)(2).  The sentence imposed shall consider "the need to avoid unwarranted sentence disparities among defendants with similar records, who have been found guilty of similar conduct."  18 U.S.C. §3553(a)(6).

7.      Pursuant to the 18 U.S.C. § 3553(a) factors, the government respectfully requests the Court accept the parties' plea agreement and sentence the defendant to six months of incarceration. The government will further explain its position at the sentencing hearing, currently set for November 4, 2024.

Respectfully submitted this 28th day of October, 2024.

GARY M. RESTAINO
United States Attorney

/s/ Matthew C. Cassell

MATTHEW C. CASSELL
Assistant United States Attorney

Copy of the foregoing served electronically
or by other means this 28th day of October, 2024, to:

Stephanie J. Meade, Esq.
Counsel for defendant

3